■ In the Matter of NATIONWIDE INSURANCE COMPANY, Appellant, v TRAVELERS INSURANCE COMPANY, Respondent. — Judgment of the Supreme Court, Orange County (Isseks, J.), dated June 15, 1981, affirmed, with $50 costs and disbursements (see *Matter of Incorporated Vil. of Val. Stream v Local 342,* 89 AD2d 1016). Titone, J. P., Lazer, Mangano and Gibbons, JJ., concur.